**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
|     KENT ALAN MANN ) | CASE NO.17-70034–BHL-13 |
|     MARY ALICE MANN ) | |
|         DEBTOR(S) ) | |

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Robert P. Musgrave, Trustee, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address(es)** | **Amount(s)** |
|---|---|---|
| KENT ALAN MANN | 2696 W 1300 S | |
| MARY ALICE MANN | HAUBSTADT, IN 47639-8702 | $5,000.00 |
| | **TOTAL AMOUNT:** | $5,000.00 |

October 31, 2017

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail October 31, 2017:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

KENT ALAN MANN
MARY ALICE MANN
2696 W 1300 S

HAUBSTADT, IN 47639-8702

JASON SPINDLER
SPINDLER LAW
112 N MAIN STREET
PRINCETON, IN 47670-

                                      /s/Robert P. Musgrave
                                      Robert P. Musgrave
                                        Chapter 13 Trustee
                                        P.O. Box 972
                                        Evansville, IN  47706-0972
                                        Telephone:  (812) 424-3029
                                        Fax:  (812) 433-3464
                                        Email address:  chap13@trustee13.com